# Court of Appeals
# of the State of Georgia

ATLANTA,____April 02, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15D0300.  KEWARN JAMES v. THE STATE.**

On January 28, 2015, the trial court entered an order revoking Kewarn James's probation.  On March 5, 2015, James filed this application for discretionary appeal.  We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Here, James filed his application 36 days after the trial court's order.  Therefore, the application is untimely and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____04/02/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*